NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
DANIEL S. LIM (Cal. Bar No. 292406)
Assistant United States Attorney
    Ronald Reagan Federal Bldg. & U.S. Courthouse
    411 West 4th Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3538
    Facsimile: (714) 338-3708
    E-mail:   Daniel.Lim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 19-0040-DOC |
| Plaintiff, | ORDER [46] |
| v. | |
| IRIS YAMEL ALMAZAN SOTO, | |
| Defendant. | |

Based upon the government's application to dismiss the indictment filed on February 27, 2019, and good cause appearing thereon, IT IS HEREBY ORDERED, that the government's application to dismiss the indictment [Dkt. No. 1] – but **not** the first superseding information [Dkt. No. 26] – without prejudice is granted pursuant to Federal Rule of Criminal Procedure 48(a).

//

The Clerk of the Court shall give notice to defendant of this dismissal order.

January 10, 2020
DATE

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

NICOLA T. HANNA
United States Attorney

    /s/
DANIEL S. LIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA